IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA DARLING, JOHN HUDDLESTON, MICHAEL MURPHY, ROBERT REIMAN, and RICHARD PHILLIPS, <br><br> Plaintiffs, <br><br> v. <br><br> STEELWORKERS WESTERN INDEPENDENT SHOPS PENSION PLAN, JOINT BOARD OF TRUSTEES OF THE STEELWORKERS WESTERN INDEPENDENT SHOPS PENSION PLAN, <br><br> Defendants. | No. C 04-01672 WHA <br><br> **ORDER REGARDING SETTLEMENT** |

The Court understands from the June 6, 2005 entry in the court docket that the parties have reached a settlement. Parties are, hereby, ordered to file a joint stipulated dismissal and proposed order by **AUGUST 1, 2005**.

Dated: July 14, 2005.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE