R. Bradford Huss, SBN 71303
Robert F. Schwartz, SBN 227327
Clarissa A. Kang, SBN 210660
TRUCKER ✦ HUSS
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California 94104
Telephone: (415) 788-3111

Attorneys for Defendants
STEELWORKERS WESTERN
INDEPENDENT SHOPS PENSION PLAN;
JOINT BOARD OF TRUSTEES OF THE
STEELWORKERS WESTERN INDEPENDENT
SHOPS PENSION PLAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA DARLING; JOHN HUDDLESTON; MICHAEL MURPHY; ROBERT REIMAN; AND RICHARD PHILLIPS,<br><br>Plaintiffs,<br><br>vs.<br><br>STEELWORKERS WESTERN INDEPENDENT SHOPS PENSION PLAN; JOINT BOARD OF TRUSTEES OF THE STEELWORKERS WESTERN INDEPENDENT SHOPS PENSION PLAN,<br><br>Defendants. | Case No. C 04 1672 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE**<br><br>**Judge: Hon. William H. Alsup** |

The parties having advised the Court that they have settled this matter, they hereby stipulate through their designated counsel that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear her, his or its own costs and fees, except as the parties may have otherwise agreed.

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE    1

#711361

1 DATED: August 1, 2005

SIGMAN & BROWN

By: _____
Janet Brown
Attorneys for Plaintiffs

6 DATED: 8/1/05

TRUCKER ✦ HUSS

By: _____
Robert F. Schwartz
Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 2, 2005 , 2005

*IT IS SO ORDERED*
*Judge William Alsup*

_____
HONORABLE WILLIAM H. ALSUP
U.S. DISTRICT COURT JUDGE

Trucker + Huss
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California 94104